**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00573-CV

_____

**SERGE PAMPHILE, Appellant**

**V.**

**BRUCE JAMISON, Appellee**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-75685**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 19, 2026.  Appellant has not paid for the clerk's record and has not established indigence for purposes of appellate costs.  *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN.

§§ 51.207, 51.208, 51.941(a), 101.041.  Appellant failed to respond to our July 10, 2026 notice that, should appellant not pay the fee for the clerk's record or establish indigence, this appeal was subject to dismissal.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.